| | |
|---|---|
| 1 | James M. Wood (State Bar Number 58679) |
|   | Colleen T. Davies (State Bar Number 111371) |
| 2 | James M. Neudecker (State Bar Number 221657) |
|   | Dana M. Reedy (State Bar Number 239970) |
| 3 | REED SMITH LLP |
|   | 1999 Harrison Street, Suite 2400 |
| 4 | Oakland, CA  94612-3572 |
|   | E-mail: jmwood@reedsmith.com |
| 5 | E-mail: cdavies@reedsmith.com |
|   | E-mail: jneudecker@reedsmith.com |
| 6 | E-mail: dreedy@reedsmith.com |
|   | Telephone:    510.763.2000 |
| 7 | Facsimile:     510.273.8832 |

Andrew R. Rogoff
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
E-mail: rogoffa@pepperlaw.com
Telephone:    215-981-4000
Facsimile:     215-981-4750
(Admitted Pro Hac Vice)

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY and COMPANY; SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-50,<br><br>Defendants. | Case No. 3:06-CV-02609-PJH<br><br>**[P~~ROPOSED~~] ORDER GRANTING STIPULATION FOR DEFENDANT ELI LILLY AND COMPANY TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant Eli Lilly and Company will have 30 days from the date of Andrew R. Rogoff's signature on the attached Stipulation Re Extension of Time for Defendant Eli Lilly and Company to Respond to Plaintiffs' First Amended Complaint.

Dated: April 28, 2008.



The Honorable
Judge of the United States District Court

DOCSOAK-9906746.1-JMWOOD

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DEFENDANT ELI LILLY AND COMPANY TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT