E. Glynn Stanley, Jr., Esq.
California Bar No. 62884
728 Texas Street
Fairfield, CA 94533
Tel: 707-425-5291
Fax: 707-425-5338
Email: glynnstanley@yahoo.com

Arnold Anderson (Andy) Vickery, Esq.
Texas Bar No. 20571800
VICKERY, WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, TX 77056-1920
Tel: 713-526-1100
Fax: 713-523-5939
Email: andy@justiceseekers.com
(Admitted Pro Hac Vice)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HORNISHER and PATRICIA HORNISHER, Individually and as Personal Representatives of the Estate of ERIC JOHN HORNISHER, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY and COMPANY; SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-50,<br><br>Defendants. | Case No. 3:06-cv-02609-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties having stipulated and good cause appearing therefore, it is hereby

ORDERED that:

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, Charles Hornisher and Patricia Hornisher, individually and as personal representatives of the estate of Eric John Hornisher, deceased, ("the Hornishers") and Defendants, Eli Lilly and Company ("Lilly") and SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), through their designated counsel, jointly stipulate to the dismissal of this action, with each party bearing its own attorneys' fees and costs. By agreement of the parties, dismissal of this action shall be without prejudice subject to the following terms and conditions:

1.  All applicable limitations periods with respect to all claims the Hornishers have asserted against Lilly and GSK are tolled from the date this Court enters a judgment of dismissal until 30 days after the United States Supreme Court issues its final opinion in Levine v. Wyeth, No. 2004-384, 2006 WL 3041078 (Vt. Oct. 27, 2006), cert. granted, 128 S. Ct. 1118 (U.S. Jan. 18, 2008)(No. 06-1249);

2.  If the Hornishers re-file this case, or a similar case arising from Eric John Hornisher's use of olanzapine and paroxetine, they will file such action in this court within 30 days of the opinion by the Supreme Court in Levine, and will concurrently move pursuant to the local rules to assign the case to Judge Phyllis J. Hamilton as a related case; and

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

3. Nothing in this agreement shall be deemed to constitute a waiver of any defense of Lilly's and GSK's, including defenses based on the statute of limitations, which existed at the time this action was commenced, and that all of Lilly's and GSK's defenses are expressly and specifically reserved.

Dated: May 13, 2008.

_____
The Honorable _____
Judge of the _____

**IT IS SO ORDERED**
*[signed] PJH*
Judge Phyllis J. Hamilton

DOCSOAK-9905742.1